Form 2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

**FILED**

FEB 27 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Deveroyle Cumby

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CIV-25-255-R
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☐ Yes  ☐ No

SSM Health

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Deveroyle Cumby
Street Address    915 NW 32
City and County   OKC, OK
State and Zip Code  73118
Telephone Number  405 215 5634
E-mail Address    deveroyle.c@gmail.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name

    Job or Title *(if known)*    SSM Health

    Street Address    1000 N Lee Ave

    City and County    OKC OK 73101

    State and Zip Code

    Telephone Number    P. O Box 205

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Discrimination title IV 1964

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* _SSM Health_ , is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):* 90,000,

Front & Back pay emotional distress
30,    30,
encl. Reference Violation Title IV discrimination Complaint

### III. Statement of Claim

She hired No blacks at job- Unfamaliar,

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Treated differently in protected class in firing lies if true Susie was treated differently. A man touched me playfully demonstrate a TV. show. He admitted. I was fired. Past Ref to Similar Situation. Harrasment & bulling by authoritive power by ER Supv at South. Constat writeups. 4-5 in office

### IV. Relief

Trying to get rid of due to age motive & Race

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relationships hurt by this facing

Front & Back pay X2
30 + 30 thousand
emotional distress.
Loss Enjonment of Life
Insomnia

Worry

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     2-27-25

Signature of Plaintiff     *Deveroyle Cumby*

Printed Name of Plaintiff     Deveroyle Cumby

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

Deverolyn Cumby
915 NW 32nd St
Oklahoma City OK 73118-7244

*plantiff*

VS



**St. Anthony Hospital**
1000 N. Lee Avenue
PO Box 205
Oklahoma City, OK 73101

*defendant*

Complaints

I am sorry to bother you, However I feel compelled to voice my distaste of discrimatory actions that occurred while employed. The employee SSM Health may not have been aware of such incidents however they can be held accountable  for their employees actions under Vicarious Liability.  My objective is to prove discrimination harm  & impact.  The evidence may sometimes be circumstantial but I was told not to return to the premises limiting me to last names & statements of co-workers.  Hopefully they will be readily available if necessary.  I am to show anyone with feeling would be distraught.  Actions being creating a hostile work enviorment retaliation for trying to turn in co-worker, verbal abuse comparative evidence. based on comparison to others not in a protected class like me. i'd like to establish a pattern  of harassment & discrimantory behavior.


2.
1st I'd like to begin as I was employed by Carrie the director of SSM small behavioral hospital May 2021.  In the absence of Mgr. Melissa Mgr of that dept.  In this job you have to clock in on the computer.  I left my keys by that computer and thenceforth I started wearing them around my neck  The then lead housekeeper in charge after Melissa waited behind a door she had locked  a linen room. For hours? She pulled my neck when she saw that knob turn.  I was on workers Comp. for 1 week for severe neck sprain.  No one goes in there except the linen Delivery Man but after 18 years I am sure she knows what time and date.

3.    while I was employed there I applied internally for at least 50 jobs.  I have 20 yr. as a cust service agent, sub teacher and temp. svc. I god one in person interview at bone & joint which Angela got after the hospital closed in January of 2023  The contract of housekeeping went to Sodexo and there were only a few SSM positions at these ER facility. Before they closed I fell ill, not by falling but my back went out of wack.  I was put on light duty.  for 6 -7 months opening up a door for patients.  OK in summer gloves coat in winter.  Before me Angelas ex sister in law had long covid and then once cured said it made her intolerable to the chemicals.  She was placed in a print shop at Main hospital and another lady Marie who fell down.  The Nigerian lady Sarah who fell was given workers comp.  These other two were hispanic Having said that they were put in jobs where they were able to secure permant positions within the company other than housekeeping. On another occassion I saw Melissa helping Angelas ex sister in law upon her return with tests we had to complete.  They told me one day I had to complete mine by the next day or be suspended.  Which I did do. Upon Melissas retirement a new black Mgr was hired.  I have a bA degree & 2 thousand or more cookbooks.  I was not approached for the job even though I hinted around and did not know where to apply  The patients often like to engage in conversation & told me that the new lady had served prision time with her.  Also when I saw Ty a new white houseman assigned to JSOP another bldg in the empty COVID unit did not sit well. Melissa had heard me A lady Patience & exykell arguring about that sighting She Melissa fired Ty a month later.  Medica 1 Marijuan a card issue

4.    Time came close to closing that hospital as I was deemed fit & well enough to return to work.  I wasn't sure so I contacted a attorney to sue them.  I had gotten sick a month begore I was fired and went tb Dr. Pham in June He told me hang in there til Aug. 8 as I had a Workers  Comp appt. with a Neuro surgen Dr. Neese.  That case is still ongoing agter 2 years.

5.    Time came to close SW 59th & Penn.  Everyone had somewhere to go except myself.  Finally Carrie & Tracy the new Mgr called me to offer job at south ER.   Everyone had said they didn't want that job. Lady Patience was given an unadvertised job at South.   I was sent to East ER         for graveyard shift.  There were a couple of blacks employed there after I came and I Black Muslin in CT.  There was in particular a Nigerian Dr. who repremanded a white nurse he was told he could continue to work at the other ER rotating but not at that facility.  Another newcomer RT was told she could not work with a certain nurse at the same time crystal she eventually went to main hospital. I was not impacted by any racial issues except a chinese lady name Carol often left rude notes like she own the place & always coming & getting me to do odd jobs  Same thing happened with a older asian name Ten at South.  When I first god there I had been repeatedly warned about another housekeeper named Susie a P. Rican who had transferred from South who would go into temper tantrums scream yell threaten .  Which I found odd why she was still employed and had done this at both places as Liz south trained me for my job at the East.  I have had my reputation damaged with these untrue firing reasons. In a comparative aspect why was I treated differently.  Even in something that I had not done on Termination Paper         See exhibit A

6.    I decided to transfer to South due to a better snow route to that location much to the annoyance of almost all who knew me at East. Even Mgr. Scully tried to convince me they had someone else in mind. I cannot 100% say for sure but I bet a black person was not chosen to take my place after I was terminated.  I had never been late or absent. ExhibitC Texts.   I had cancelled my eye appt.and on my off day I saw a text.  The roads are clear.   I thought this odd.  Well that Mgr had a mandatory meeting for housekeepers that she said she communicated with her staff by text.  I saw her in the bldg.   Why could she have not just verbally told me about it.  I had no idea of her communication methods as she had not informed me.  Patience & I were to travel in on our off days.   This meeting was Jan. end  at 7 am both the night porter and the oncoming day porter were not inconvienced.

7.  2 wks. later upon her return.  she scolded me & said I was on a final for a NCNS.  I showed her the text.  she said they had voted to have the 2 shifts take the trash out together & come in at 6:20.  She didn't spend a lot of time  on the context of the meeting but she & Turk had put me and Ms. Patience together when they knew we didn't like each other to take trash out twice a day & Liz.   Raquel quit. She said if I even rolled my eyes at her or she at me she would Fire her f... Ass.  Turk was in room.  Turk told me later we're going to get rid of both of you.  If you knew something might occur why put two people together like that.  Then Liz ights on that group text   " I don't think I want to take the trash out with her"   Based on that she called me in in her office again.  Wrote me up said I wasn't getting along with peers.  I had had no incident & I reported this to S. Scully Mgr. She told me after I told her I cried when I saw that to give liz achance

8. I told Turk one day his sprig of hair in the air reminded me of Alfalfa he said you got some kind of buckwheat going on. Another Nurse told me Clara Luper was his teacher. I told him she was my aunts best friend. He said he couldn't stand her. I was the only black there beside the Nigerian Ms. Patience. The Nigerian Dr had left.There was a weekend Registration Person but non that had been hired by Ms. Spiegel. There was a black Porter that applied but the 2nd interview was white and she was shown around and got the job Her best friend Melissa at the front desk also commented on this.

9.

The work duties were quite a bit more over at south & although they were not as busy as East They Nurses & R.T. never helped me clean

rooms if we did get busy like at east. So. One day Alisiha a R.T. needed a room. Which they didn't let RT's check in patients at East. She got on the radio said I am going to put John Doe in room 5 as soon as she gets thru cleaning it. OK there was a clean room that she had missed that was ready. Later I told her nicely she had had pissed me off. A week later. That eve. Ms. Patience was there to take trash out. I started complaining that these people treat us like servants. I then told her don't bump that trash bin into me anymore. She got upset. I told her to call Tabitha & tell her this buddy take out was not working for me & her The next morning she another Mgr was there and a night nurse waiting on me. She was getting familiar with calling me in there all time.

9 cont

She told me one time Patience treated her the same way.  At the end she was told I was acting aggressively.  Then she bought patience in when I was getting ready to start work.  Patience cried and told her I don't know why I even came over to this facility.  The next day Larry the security guard asked me had patient quit.  T. Spiegel had bought her a carload of clothes & household items.  It was if she was being rewarded.

10.    A week past & I started talking about how Alisha had created a ripple effect   Next morning back in her office again.   " did you tell her something she did pissed you off".   Well yes I did that is my perogative.   She said we had a staff meeting to see if you still had a job.   She's doing unlawful discrimatory meetings and acting like I cursed this woman  out.   she got really verbally abusive toward me.   She never said one negative word.  Alisha.   This set a preidence in Alisha mind that what ever she said I was going to get the brunt of it and she did so effectively in getting me fired. We were in there for over an hour & she couldn't find one negative thing to tell me that Alisha had done & had to say you are here to clean get that chip off your shoulder.   Then she walked right past this Nurse that layed down when ever he was on duty in a roo for patience.  He couldn't sit up.  The other 2 porters would sit all the time Liz waited on me one morning and asked me did I tell the new porter she shouldn't set except on break.  Everytime I'd come to work East & South they'd all be sitting when I came in  Liz told me that morning also she'd not been written up as Ms. Spiegel had told me because she said sheid have too .  It takes 2 to tango and she was writing all 4 of us up

11.    Late April I was having a bad abssesed tooth.  I was on anti-biotics and tooth or ibuprofin for pain.  I was in a isolated break room cutting some soft bologna eat ing lunch when Brian there enters. HE PLACES MY HAND ON THE COUNTER PUTS HIS HAND OVER MY SPREAD OUT FINGERS AND BEGAN POKING AROUND WITH SOMETHING MAYBE JUST ACTING LIKE SOMETHING WAS IN HIS HAND.  The next day I told the other black registration person.  Is this how white people play I was almost sure he had that knife and I was pretty fussy about it

After a week passed I could not visualize for the life of me what he had in his hand if an'y thing a plastic knife which is often there The attendance policy is pretty strick.
So I go back & tell Carlie I am not sure what he had in his hand. However I tell Turk about it but didn't mention his name he seemed rather astounded that anybody would put there hands on me at all

Still to this day I can't remember what if anything he had in his hand. Raise time came around & everyone was suppose to get a 3%  pay raise for cost of living.  I figured I might get it with all these writeup.  I was working my but off see Map of facility.

12.  Last weekend.

I WAS MOPPING THE LOBBY.  Alisha & a visitor were up front.   I guess Security was watching a psych or suicidal patient.


I didn't yell or threaten anybody.  The visitor asked me how I felt.  I told her Ive been in pain I didn't mind the work but I am kind of sad about the people not all that work here.  I mentioned I was verbally abused.  I told her Pam I believe her name was I am not Martin Luther King.  If someone puts their hands on me a different story. Meaning  I am going to hit somebody back

Next day Sunday.

Early not busy.  I mentioned to Brian that this is a hosile working  enviooment


I asked him did he remember showing me that Alien movie demonstration He said yes.  I was after an admission.  He said he was going to call tabitha.  Carlie in registration was there April a EMT trainee

        EMT paramedic trainee both black & a white short doctor I was not screaming or anything, threating I just wanted an admission which he gave  "yes but that was 6 months ago" Exhibit F.  I laid my hand next to ice machine counter to recollect his memory.  We were no where near patient room and verification can be made I was not screaming    exhibit G

STATEMENT OF THE CLAIM

TITLE VII DISCRIMINATION
                failed me in this employment on numerous occassions


Violation of Titile VII    is a federal offense


What caused me to initiate this action:

While preparing.   If it doesn't help you the next worker
that comes to this facility will be better treated.   More
blacks will be hired    & other ethinicity

 Not word for word


Prayer for relief


I am now unable to do this position  I may have to have
back surgery.

I would like an easier PT position or &

$30,00_0$x 2 for back & front pay and 30 for emotional distress
it has put a strain on my family & friends, depression
'& defamation of character

        Total of 90,000.


I declare under penalty of perjury that the foregoing to
be true & correct


Signed *Deveroyle Cumby*          *DeveRoyle Cumby*
Date  *Feb 28, 2025*

Signature of plaintiff          *405 215 5634*
                                *deveroylec @gmail.com*